Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-09-00439-CV

Francisco **CORTINAS** Jr.,
Appellant

v.

Lilia **CORTINAS**, Christine Cortinas, Kathy Cortinas, and James Cortinas,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-15515
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: April 14, 2010

MOTION TO DISMISS GRANTED;  DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). As prayed for in the motion, costs of this appeal are assessed against

appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM